IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Henri V. Botter,

    Plaintiff(s),

vs.

Tuesday Morning,

    Defendant(s).

Case Number: 1:18cv847

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on June 12, 2019 (Doc. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 26, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss the complaint (Doc. 6) is GRANTED under Fed. R. Civ. P. 12(b)(6).

IT IS SO ORDERED.

                                                                    s/Susan J. Dlott
                                                                  Judge Susan J. Dlott
                                                                  United States District Court